IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| REYBOLD CONSTRUCTION COMPANY, REYBOLD VENTURE GROUP XI-A, LLC, REYBOLD VENTURE GROUP XI-B, LLC, REYBOLD VENTURE GROUP XI-APT, LLC, REYBOLD VENTURE GROUP XI-E, LLC, and REYBOLD VENTURE GROUP XI-F, LLC, | § § § § § § § § § | No. 414, 2025<br><br>Court Below–the Superior Court of the State of Delaware<br><br>C.A. No. N22C-06-206 |
| Plaintiffs Below, Appellants, | § § | |
| v. | § § § | |
| LENNAR CORPORATION and CAL-ATLANTUC GROUP, LLC, | § § § § | |
| Defendants Below, Appellees. | § | |

Submitted: April 15, 2026
Decided:   April 22, 2026

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, and following oral argument, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's Decision After Trial dated August 13, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice